

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Brad Thacker, Appellant

No. 06-14-00154-CR     v.

The State of Texas, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 28,844). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

     As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

     We note that the appellant, Brad Thacker, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 15, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk